Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 25−10182−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ann W. Chan
   aka Ann Wan Wah Chan, aka Ann Chan
   47 Lori Street
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5036

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           3/19/25  
Time:           10:00 AM  
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 29, 2025  
JAN: mmf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Ann W. Chan  
    Debtor

Case No. 25-10182-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Jan 29, 2025      Form ID: 132      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann W. Chan, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520506231 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520506251 | + | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520506266 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520506271 | + | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520506232 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 29 2025 20:53:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520531635 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 29 2025 20:53:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520506226 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 29 2025 20:51:16 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506225 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 29 2025 21:06:28 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506235 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2025 21:06:34 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520506234 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2025 21:06:10 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506233 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2025 21:05:47 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506244 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 29 2025 20:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520506243 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 29 2025 20:53:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520506246 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 20:50:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506245 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 21:06:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

Case 25-10182-CMG    Doc 13    Filed 01/31/25    Entered 02/01/25 00:14:55    Desc Imaged
Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 5 |
| Date Rcvd: Jan 29, 2025 | Form ID: 132 | Total Noticed: 43 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520506249 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 21:06:29 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520506250 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 21:05:46 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520506253 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520506252 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520506255 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520506254 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520506256 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520506257 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520506260 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 21:05:46 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520506258 | ^ | MEBN | Jan 29 2025 20:46:23 | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520506259 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 29 2025 20:51:20 | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520506261 | | Email/Text: ecourts.col_efilings@fskslaw.com | Jan 29 2025 20:52:00 | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520506263 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 21:06:45 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520506262 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 20:51:02 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520506264 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 21:06:26 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520506268 | | Email/Text: M74banko@mercedes-benz.com | Jan 29 2025 20:52:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520506267 | | Email/Text: M74banko@mercedes-benz.com | Jan 29 2025 20:52:00 | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520506269 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 29 2025 20:50:12 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520506270 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 29 2025 21:06:11 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520506275 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 21:06:24 | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520506276 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 21:06:26 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520506278 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 29 2025 20:52:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520506277 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 29 2025 20:52:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520506280 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 29 2025 20:51:04 | Walmart Credit Services/Capital One, Attn: |

| | | | |
|---|---|---|---|
| | | | Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506279 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Jan 29 2025 21:05:51 | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520532976 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520532977 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520506229 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506230 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532971 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532974 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532975 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506227 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506228 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532970 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532972 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532973 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506242 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520532980 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520532987 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520506240 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506241 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532979 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532985 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532986 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506236 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506237 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506238 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506239 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532978 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532981 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532982 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532983 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532984 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532989 | * | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520532988 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520506248 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520532991 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520532993 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506247 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532990 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532992 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532994 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520532995 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520532996 | *+ | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520532998 | * | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520532997 | * | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520533000 | * | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520532999 | * | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520533001 | * | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520533002 | * | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520533005 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520533003 | *+ | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: 132 | Total Noticed: 43 |

| | | |
|---|---|---|
| 520533004 | * | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520533006 | * | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520533008 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520533007 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520506265 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533009 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533010 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533011 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520533013 | * | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520533012 | * | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520533014 | * | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520533015 | * | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520506274 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533016 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533017 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533018 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533019 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520506272 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520506273 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533020 | *+ | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520533021 | * | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520533023 | * | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520533022 | *+ | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520533025 | * | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520533024 | *+ | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 0 Undeliverable, 73 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 31, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Daniel E. Straffi | on behalf of Debtor Ann W. Chan bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | |

District/off: 0312-3 | User: admin | Page 5 of 5

Date Rcvd: Jan 29, 2025 | Form ID: 132 | Total Noticed: 43

    on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates  Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5