Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−10182−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ann W. Chan
   aka Ann Wan Wah Chan, aka Ann Chan
   47 Lori Street
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5036

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            6/11/25
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

  An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

  **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: April 30, 2025
JAN: mmf

              Jeanne Naughton
              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-10182-CMG
Ann W. Chan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5
Date Rcvd: Apr 30, 2025      Form ID: 132      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann W. Chan, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520584074 | + | Baxter Financial, LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520506251 | + | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520506266 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520506271 | + | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 30 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 30 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Apr 30 2025 20:42:22 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 520506231 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Apr 30 2025 21:06:34 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520506232 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 30 2025 20:46:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520531635 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 30 2025 20:46:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520506226 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 30 2025 20:56:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506225 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 30 2025 20:55:39 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506235 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2025 20:55:41 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520506234 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2025 20:55:37 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506233 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2025 20:55:39 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506244 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 30 2025 20:45:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520506243 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 30 2025 20:45:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520558882 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Apr 30 2025 20:55:37 | | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520506246 | | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Apr 30 2025 20:56:09 | | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506245 | | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Apr 30 2025 20:55:48 | | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520506249 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Apr 30 2025 20:56:05 | | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520506250 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Apr 30 2025 20:55:50 | | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520506253 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Apr 30 2025 20:45:00 | | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520506252 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Apr 30 2025 20:45:00 | | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520506255 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Apr 30 2025 20:45:00 | | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520506254 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Apr 30 2025 20:45:00 | | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520506256 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Apr 30 2025 20:45:00 | | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520506257 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Apr 30 2025 20:45:00 | | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520506260 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Apr 30 2025 20:56:03 | | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520506258 | ^ | MEBN<br>Apr 30 2025 20:41:43 | | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520506259 | | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Apr 30 2025 20:55:50 | | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520506261 | | Email/Text: ecourts.col_efilings@fskslaw.com<br>Apr 30 2025 20:44:00 | | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520536671 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com<br>Apr 30 2025 20:44:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520506262 | | Email/PDF: ais.chase.ebn@aisinfo.com<br>Apr 30 2025 20:56:09 | | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520506263 | | Email/PDF: ais.chase.ebn@aisinfo.com<br>Apr 30 2025 20:55:49 | | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520506264 | | Email/PDF: ais.chase.ebn@aisinfo.com<br>Apr 30 2025 20:55:48 | | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520506268 | | Email/Text: M74banko@mercedes-benz.com<br>Apr 30 2025 20:44:00 | | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520506267 | | Email/Text: M74banko@mercedes-benz.com<br>Apr 30 2025 20:44:00 | | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520506269 | | Email/PDF: ais.midfirst.ebn@aisinfo.com<br>Apr 30 2025 20:55:49 | | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520506270 | | Email/PDF: ais.midfirst.ebn@aisinfo.com<br>Apr 30 2025 20:56:08 | | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520573389 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Apr 30 2025 20:55:48 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

Case 25-10182-CMG    Doc 28    Filed 05/02/25    Entered 05/03/25 00:14:25    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: 132 | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk, VA 23541 |
| 520506275 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 20:56:02 | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520506276 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 20:55:34 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520506278 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 30 2025 20:45:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520506277 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 30 2025 20:45:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520554364 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 30 2025 20:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520563608 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 30 2025 20:55:50 | U.S. Bank National Association at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520590294 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 30 2025 20:55:50 | Verizon by American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520506280 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 30 2025 20:56:04 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506279 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2025 20:55:41 | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 520545480 | | Email/Text: bankruptcynotice@franklincredit.com | Apr 30 2025 20:45:00 | Wilmington Savings Fund Society, FSB, et al., c/o Franklin Credit Management Corporati, P.O. Box 829629, Philadelphia, PA 19182-9629 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520532976 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520532977 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520506229 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506230 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532971 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532974 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532975 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532973 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506227 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506228 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532970 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532972 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506242 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520532980 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520532987 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520506240 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506241 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532979 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532985 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532986 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506236 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506237 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506238 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506239 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |

Case 25-10182-CMG    Doc 28    Filed 05/02/25    Entered 05/03/25 00:14:25    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: 132 | Total Noticed: 52 |

| | | |
|---|---|---|
| 520532978 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532981 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532982 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532983 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532984 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532989 | * | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520532988 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520506248 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520532991 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520532993 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506247 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532990 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532992 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532994 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520532995 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520532996 | *+ | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520532998 | * | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520532997 | * | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520533000 | * | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520532999 | * | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520533001 | * | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520533002 | * | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520533005 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520533003 | *+ | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520533004 | * | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520533006 | * | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520533007 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533008 | * | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520506265 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533009 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533010 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533011 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520533013 | * | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520533012 | * | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520533014 | * | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520533015 | * | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520506272 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520506273 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520506274 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533016 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533017 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533018 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533019 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533020 | *+ | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520533021 | * | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520533023 | * | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520533022 | *+ | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520533025 | * | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520533024 | *+ | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 0 Undeliverable, 73 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

**Name** **Email Address**

Albert Russo
docs@russotrustee.com

Brian E Caine
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Daniel E. Straffi
on behalf of Debtor Ann W. Chan bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates  Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6