| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank, et al. | |
| In Re:<br>Ann W. Chan,<br><br>Debtor | Case No.: __25-10182-CMG__<br>Chapter: __13__<br>Hearing Date: __06/11/2025__<br>Judge: __Gravelle__ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 47 Lori Street, Monroe, NJ (Docket # 30)

Date: 6/08/2025          /s/ Denise Carlon
                         Signature

*rev.8/1/15*