Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−10182−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ann W. Chan
   aka Ann Wan Wah Chan, aka Ann Chan
   47 Lori Street
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5036

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 16, 2025.

Dated: June 16, 2025
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ann W. Chan  
    Debtor

Case No. 25-10182-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Jun 16, 2025      Form ID: plncf13      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann W. Chan, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520584074 | + | Baxter Financial, LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520506251 | + | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520506266 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520506271 | + | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jun 16 2025 20:42:19 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 520506231 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 16 2025 21:06:11 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520506232 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 16 2025 20:47:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520531635 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 16 2025 20:47:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520506226 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 16 2025 20:55:23 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506225 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 16 2025 20:54:52 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506235 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2025 20:55:15 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520506234 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2025 21:06:15 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506233 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2025 21:06:07 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506244 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 16 2025 20:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520506243 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 16 2025 20:46:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |

Case 25-10182-CMG    Doc 38    Filed 06/18/25    Entered 06/19/25 00:16:41    Desc Imaged
                         Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 16, 2025 | Form ID: plncf13 | Total Noticed: 52 |

| Recipient ID | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 520558882 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2025 20:55:21 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520506246 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2025 21:06:44 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506245 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2025 20:55:08 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520506249 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2025 21:06:27 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520506250 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2025 21:06:49 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520506253 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2025 20:47:00 | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520506252 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2025 20:47:00 | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520506255 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2025 20:47:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520506254 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2025 20:47:00 | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520506256 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2025 20:47:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520506257 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2025 20:47:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520506260 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2025 21:06:40 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520506258 | ^ MEBN | Jun 16 2025 20:44:07 | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520506259 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2025 21:06:40 | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520506261 | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 16 2025 20:46:00 | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520536671 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 16 2025 20:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520506262 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2025 20:55:09 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520506263 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2025 21:17:01 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520506264 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2025 20:55:12 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520506268 | Email/Text: M74banko@mercedes-benz.com | Jun 16 2025 20:46:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520506267 | Email/Text: M74banko@mercedes-benz.com | Jun 16 2025 20:46:00 | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520506269 | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 16 2025 20:54:30 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520506270 | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 16 2025 20:55:13 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520573389 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2025 21:06:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk, VA 23541 |
| 520506275 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2025 21:06:11 | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520506276 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2025 21:06:22 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520506278 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 16 2025 20:46:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520506277 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 16 2025 20:46:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520554364 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 16 2025 20:46:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520563608 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 16 2025 21:06:29 | U.S. Bank National Association at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520590294 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2025 21:06:40 | Verizon by American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520506280 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2025 20:55:37 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506279 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 16 2025 21:06:45 | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 520545480 | | Email/Text: bankruptcynotice@franklincredit.com | Jun 16 2025 20:46:00 | Wilmington Savings Fund Society, FSB, et al., c/o Franklin Credit Management Corporati, P.O. Box 829629, Philadelphia, PA 19182-9629 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520532976 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520532977 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520506229 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506230 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532971 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532974 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532975 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532973 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506227 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506228 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532970 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532972 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506242 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520532980 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520532987 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520506240 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506241 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532979 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532985 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532986 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506236 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506237 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506238 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506239 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |

District/off: 0312-3 | User: admin | Page 4 of 5
Date Rcvd: Jun 16, 2025 | Form ID: plncf13 | Total Noticed: 52

| | | |
|---|---|---|
| 520532978 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532981 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532982 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532983 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532984 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532989 | * | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520532988 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520506248 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520532991 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520532993 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506247 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532990 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532992 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532994 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520532995 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520532996 | *+ | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520532998 | * | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520532997 | * | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520533000 | * | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520532999 | * | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520533001 | * | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520533002 | * | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520533005 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520533003 | *+ | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520533004 | * | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520533006 | * | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520533007 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533008 | * | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520506265 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533009 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533010 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533011 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520533013 | * | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520533012 | * | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520533014 | * | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520533015 | * | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520506272 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520506273 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520506274 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533016 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533017 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533018 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533019 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533020 | *+ | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520533021 | * | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520533023 | * | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520533022 | *+ | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520533025 | * | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520533024 | *+ | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 0 Undeliverable, 73 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Jun 16, 2025 | Form ID: plncf13 | Total Noticed: 52

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:**

**Name** **Email Address**

Albert Russo

docs@russotrustee.com

Brian E Caine

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Daniel E. Straffi

on behalf of Debtor Ann W. Chan bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon

on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates  Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart

on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6