UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian E. Caine, Esq.
PARKER McCAY, P.A.
9000 Midlantic Drive, Suite 300
Marlton, New Jersey 08053
(856) 985-4059
Attorney for Secured Creditor, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1

In Re:

Ann W. Chan

Order Filed on June 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 25-10182-CMG
Chapter 13
Hearing Date: 6/11/2025

Chief Judge: Christine M. Gravelle

## ORDER RESOLVING WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE OF BOSCO CREDIT VI TRUST SERIES 2012-1'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 20, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Ann W. Chan
Case No:  25-10182-CMG

Caption of Order:  Order Resolving Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1's Objection to Confirmation of Debtor's Chapter 13 Plan

---

Upon consideration of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1's ("Wilmington Savings") objection to confirmation of the plan related to the property known as 47 Lori Street, Monroe, New Jersey 08831; and the parties having settled their differences and agree to the form, content and entry of the within order; and for good cause appearing therefore, it is hereby;

**ORDERED** as follows:

1. Debtor agrees to sell 47 Lori Street, Monroe, New Jersey 08831 by August 31, 2025.

2. If the subject property is sold, Wilmington Savings' lien shall be paid in full with the proceeds of the sale (unless a separate agreement is otherwise agreed to by Wilmington Savings).  Until such satisfaction of the lien, the real property will not be free and clear of Wilmington Savings' lien.

3. If the Debtor should default and fail to sell 47 Lori Street, Monroe, New Jersey 08831 by August 31, 2025, then upon Certification of Default submitted by secured creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 U.S.C. §362(a) and co-debtor stay of §1301 with respect to the realty commonly known as 47 Lori Street, Monroe, New Jersey 08831.