| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-6 | Order Filed on November 14, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Ann W. Chan aka Ann Wan Wah Chan, aka Ann Chan<br>Debtor | Case No.: 25-10182-CMG<br><br>Hearing Date: 11/5/2025 @ 9:00 a.m.<br><br>Judge: Christine M. Gravelle |

# ORDER RESOLVING CERTIFICATE OF DEFAULT & GRANTING RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 14, 2025**

*Honorable Christine M. Gravelle, Chief Judge*
*United States Bankruptcy Judge*

**(Page 2)**
Debtor:  Ann W. Chan aka Ann Wan Wah Chan, aka Ann Chan
Case No:  25-10182 CMG
Caption of Order:  ORDER RESOLVING CERTIFICATE OF DEFAULT & GRANTING RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-6, Denise Carlon appearing, upon a certification of default as to real property located at 47 Lori Street, Monroe, NJ, 08831, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of November 3, 2025, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2025 through November 2025 for a total post-petition default of $23,110.50 (5 @ $4,622.10).

      It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor's motion for an order to vacate stay as to the mortgaged property is hereby granted effective November 30, 2025; and

      It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall be permitted to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Secured Creditor's rights in the real property known and designated as 47 Lori Street, Monroe, NJ, 08831; and

      It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code; and

      It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on this certification.

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certificate of Default is hereby resolved.