UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
U.S. Bank National Association as trustee on behalf of
the holders of the Citigroup Mortgage Loan Trust Inc.
Asset-Backed Pass-Through Certificates, Series 2007-6



Order Filed on November 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: <u>25-10182-CMG</u>

In Re:
Ann W. Chan aka Ann Wan Wah Chan, aka Ann Chan
Debtor

Hearing Date: 11/5/2025 @ 9:00 a.m.

Judge: <u>Christine M. Gravelle</u>

## ORDER RESOLVING CERTIFICATE OF DEFAULT & GRANTING RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: November 14, 2025**

_Christine M Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Ann W. Chan aka Ann Wan Wah Chan, aka Ann Chan
Case No:  25-10182 CMG
Caption of Order:  ORDER RESOLVING CERTIFICATE OF DEFAULT & GRANTING RELIEF
FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-6, Denise Carlon appearing, upon a certification of default as to real property located at 47 Lori Street, Monroe, NJ, 08831, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Daniel E. Straffi, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 3, 2025, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due July 2025 through November 2025 for a total post-petition default of $23,110.50 (5 @ $4,622.10)

It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor's motion for an order to vacate stay as to the mortgaged property is hereby granted effective November 30, 2025; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall be permitted to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Secured Creditor's rights in the real property known and designated as 47 Lori Street, Monroe, NJ, 08831; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on this certification.

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certificate of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 25-10182-CMG
Ann W. Chan                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                    Page 1 of 2
Date Rcvd: Nov 14, 2025                      Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

**Recip ID**            **Recipient Name and Address**
db                  +   Ann W. Chan, 47 Lori Street, Monroe Township, NJ 08831-8644

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:**

**Name**                **Email Address**

Albert Russo
                        on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                        docs@russotrustee.com

Brian E Caine
                        on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Certificate Trustee of
                        Bosco Credit VI Trust Series 2012-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Daniel E. Straffi
                        on behalf of Debtor Ann W. Chan bkclient@straffilaw.com
                        g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
                        on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc.
                        Asset-Backed Pass-Through Certificates  Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3                                          User: admin                                              Page 2 of 2
Date Rcvd: Nov 14, 2025                          Form ID: pdf903                                   Total Noticed: 1

Gavin Stewart
                              on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7