UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Ann W. Chan

Order Filed on December 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 25-10182-CMG

Hearing Date: 12/17/2025

Judge: Christine M. Gravelle

Chapter: 13

Recommended Local Form:  ☑ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
Motion to Sell

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 17, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

A motion or application having been filed on _____September 17_____, 20 _25_ by Daniel E. Straffi on behalf of Ann W. Chan_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*