Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−10182−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ann W. Chan
   aka Ann Wan Wah Chan, aka Ann Chan
   47 Lori Street
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−5036

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/17/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 17, 2025
JAN: mjb

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Ann W. Chan  
    Debtor

Case No. 25-10182-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Dec 17, 2025      Form ID: 148      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann W. Chan, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| r | + | Nexthome Realty Premier Properties, Lisa Angelicola, 2380 Route 9 S., Unit c4-5, Howell, NJ 07731-4018 |
| sp | + | Peter T Seems, Jr, 46 E. Water Street, Toms River, NJ 08753-7670 |
| 520584074 | + | Baxter Financial, LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520506251 | + | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520506266 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520506271 | + | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Dec 17 2025 20:43:58 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 520506231 | | EDI: WFFC | Dec 18 2025 01:37:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520506232 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 17 2025 21:00:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520531635 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 17 2025 21:00:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520506226 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 17 2025 21:05:33 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506225 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 17 2025 21:05:33 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506235 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 20:54:29 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520506234 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 21:05:34 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506233 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 20:54:54 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506244 | | EDI: TSYS2 | Dec 18 2025 01:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520506243 | | EDI: TSYS2 | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 18 2025 01:37:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520558882 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2025 20:55:11 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520506246 | | EDI: CAPITALONE.COM | Dec 18 2025 01:37:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506245 | | EDI: CAPITALONE.COM | Dec 18 2025 01:37:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520506249 | | EDI: CITICORP | Dec 18 2025 01:37:00 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520506250 | | EDI: CITICORP | Dec 18 2025 01:37:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520506253 | | EDI: WFNNB.COM | Dec 18 2025 01:37:00 | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520506252 | | EDI: WFNNB.COM | Dec 18 2025 01:37:00 | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520506255 | | EDI: WFNNB.COM | Dec 18 2025 01:37:00 | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520506254 | | EDI: WFNNB.COM | Dec 18 2025 01:37:00 | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520506256 | | EDI: WFNNB.COM | Dec 18 2025 01:37:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520506257 | | EDI: WFNNB.COM | Dec 18 2025 01:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520506260 | | EDI: CITICORP | Dec 18 2025 01:37:00 | Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520506258 | ^ | MEBN | Dec 17 2025 20:42:53 | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520506259 | | EDI: CITICORP | Dec 18 2025 01:37:00 | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520506261 | | Email/Text: ecourts.col_efilings@fskslaw.com | Dec 17 2025 20:50:00 | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520536671 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 17 2025 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520506262 | | EDI: JPMORGANCHASE | Dec 18 2025 01:37:00 | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520506263 | | EDI: JPMORGANCHASE | Dec 18 2025 01:37:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520506264 | | EDI: JPMORGANCHASE | Dec 18 2025 01:37:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520506268 | | EDI: MERCEDES | Dec 18 2025 01:37:00 | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520506267 | | EDI: MERCEDES | Dec 18 2025 01:37:00 | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520506269 | | EDI: AISMIDFIRST | Dec 18 2025 01:37:00 | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520506270 | | EDI: AISMIDFIRST | Dec 18 2025 01:37:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |

Case 25-10182-CMG   Doc 74   Filed 12/19/25   Entered 12/20/25 00:13:45   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 148 | Total Noticed: 55 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520573389 | | EDI: PRA.COM | Dec 18 2025 01:37:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520506275 | + | EDI: SYNC | Dec 18 2025 01:37:00 | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520506276 | | EDI: SYNC | Dec 18 2025 01:37:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520506278 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 17 2025 20:50:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520506277 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 17 2025 20:50:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520554364 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 17 2025 20:50:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520752755 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 20:54:30 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520563608 | + | EDI: AISMIDFIRST | Dec 18 2025 01:37:00 | U.S. Bank National Association at. el, c/o MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520590294 | + | EDI: AIS.COM | Dec 18 2025 01:37:00 | Verizon by American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520506280 | | EDI: CAPITALONE.COM | Dec 18 2025 01:37:00 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506279 | + | EDI: SYNC | Dec 18 2025 01:37:00 | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 520545480 | | Email/Text: bankruptcynotice@franklincredit.com | Dec 17 2025 20:50:00 | Wilmington Savings Fund Society, FSB, et al., c/o Franklin Credit Management Corporati, P.O. Box 829629, Philadelphia, PA 19182-9629 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520532976 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 520532977 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016-8088 |
| 520506229 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506230 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532971 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532974 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532975 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532970 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532972 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520532973 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506227 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506228 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520506242 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520532980 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520532987 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520506240 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520506241 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532979 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532985 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520532986 | * | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 148 | Total Noticed: 55 |

| | | |
|---|---|---|
| 520506236 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506237 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506238 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520506239 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532978 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532981 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532982 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532983 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532984 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520532989 | * | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 520532988 | * | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520506248 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520532991 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520532993 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520506247 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532990 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532992 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520532994 | * | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 520532995 | * | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520532996 | *+ | Citibank N.A., 111 Wall St, New York, NY 10005-3581 |
| 520532998 | * | Comenity Bank/Anniesez, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520532997 | * | Comenity Bank/Anniesez, PO Box 182789, Columbus, OH 43218-2789 |
| 520533000 | * | Comenity Bank/Overstock, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43218 |
| 520532999 | * | Comenity Bank/Overstock, PO Box 182120, Columbus, OH 43218-2120 |
| 520533001 | * | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520533002 | * | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520533005 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Dsnb Bloomingdales, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 520533003 | *+ | Deutsche Bank National Trust Company, c/o Hill Wallack, LLP, 21 Roszel Road PO Box 5226, Princeton, NJ 08543-5226 |
| 520533004 | * | Dsnb Bloomingdales, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520533006 | * | Fein Such Kahn & Shepard, PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 520533007 | * | Jpmcb, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533008 | * | Jpmcb, MailCode LA4-7100, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 520506265 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533009 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533010 | * | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520533011 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520533013 | * | Mercedes - Benz Financial Services, Attn: Bankruptcy, PO Box 685, Roanoke, TX 76262-0685 |
| 520533012 | * | Mercedes - Benz Financial Services, PO Box 961, Roanoke, TX 76262-0961 |
| 520533014 | * | Midland Mortgage Co, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 520533015 | * | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520506272 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520506273 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520506274 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533016 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533017 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533018 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533019 | *+ | Steven Wong, 47 Lori Street, Monroe Township, NJ 08831-8644 |
| 520533020 | *+ | Synchrony Bank/Banana Republic, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520533021 | * | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520533023 | * | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 520533022 | *+ | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 520533025 | * | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520533024 | *+ | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |

TOTAL: 0 Undeliverable, 73 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 148 | Total Noticed: 55 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit VI Trust Series 2012-1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Daniel E. Straffi | on behalf of Debtor Ann W. Chan bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates  Series 2007-6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7